IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>TRAYNELL D. TONEY | RECEIPT AND ACKNOWLEDGMENT<br><br>Dkt. No: 8:17CR174 |

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on probation for a period of **3 YEARS** commencing **June 10, 2021**;

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

_____
Todd M. Enger, Supervising
Sr. U.S. Probation Officer
Designated Witness

_____
Defendant

6-16-21
_____
Date

Rev:3/98