IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAYNELL D. TONEY,<br><br>　　　　　　　Defendant. | 8:17CR174<br><br>REASSIGNMENT ORDER |

　　Due to the death of Senior District Judge Laurie Smith Camp, this case is reassigned to District Judge Brian C. Buescher for disposition and remains assigned to Magistrate Judge Susan M. Bazis for judicial supervision.

　　IT IS SO ORDERED.

　　Dated this 7th day of January 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)
　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge